# UNITED STATES DISTRICT COURT

      MIDDLE       District of       TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| WILLIAM AUBREY TROTTER | Case Number: 3:09-00013<br>USM Number: 18941-075<br>James Todd<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  <u>One (1) through Five (5)</u>  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Defendant shall refrain from unlawful use of a controlled substance. | 9/24/15 |
| 2. | The Defendant shall participate in a program of drug testing. | 8/31/15 |
| 3. | The Defendant shall participate in a program of substance abuse treatment. | 9/2/15 |
| 4. | The Defendant shall submit a truthful and complete written report within the first five days of each month. | 8/2015 |
| 5. | Defendant shall not commit another federal, state or local crime | 4/9/15 |

    The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.  <u>3558</u>

Defendant's Year of Birth:  <u>1972</u>

City and State of Defendant's Residence:
    Madison, Tennessee

<u>March 3, 2016</u>
Date of Imposition of Judgment

*/s/ Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

<u>March 3, 2016</u>
Date

AO 245D (Rev. 12/07 Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

DEFENDANT: WILLIAM AUBREY TROTTER  Judgment — Page 2 of 2
CASE NUMBER: 3:09-00013

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: _thirteen (13) months_

No period of Supervised Release is imposed.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served in Federal custody prior to the hearing on March 3, 2016.

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____ before 2 p.m. on _____

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

                                                 _____
                                                 United States Marshal

                                               By: _____
                                                 Deputy United States Marshal